UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LIBORIO HERNANDEZ, ET AL., | No. C 12-05552 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| NOR-CAL MOVING SERVICES, | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on February 21, 2013. However, as there is no indication that Defendant has been properly served, the Court VACATES the February 21 conference and ORDERS Plaintiff to file a status report by February 28, 2013.

**IT IS SO ORDERED.**

Dated: February 15, 2013

_____
Maria-Elena James
United States Magistrate Judge