| | |
|---|---|
| TOMAS E. MARGAIN (SBN 193555) | JOANNA L. BROOKS (SBN 182986) |
| HUY TRAN (SBN 288196) | DOUGLAS M. BRIA (SBN 226966) |
| CASA LEGAL | DAVID T. WANG (SBN 272015) |
| 84 W. SANTA CLARA STREET, STE. 790 | JACKSON LEWIS LLP |
| SAN JOSE, CA 95113 | 50 California Street, 9th Floor |
| TEL (408) 317-1100 | San Francisco, CA 94111 |
| FAX (408) 351-0105 | TEL: (415) 394-9400 |
| Tomas@lacasalegal.com | FAX: (415) 394-9401 |
| Attorney for Plaintiffs | brooksj@jacksonlewis.com |
| LIBORIO HERNANDEZ and | briad@jacksonlewis.com |
| ROGELIO RODRIGUEZ-PEREZ | david.wang@jacksonlewis.com |
| | Attorneys for Defendant |
| | NOR-CAL MOVING SERVICES |

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ, <br><br> Plaintiffs, <br><br> v. <br><br> NOR-CAL MOVING SERVICES, <br><br> Defendant. | Case No.: CV12-05552 MEJ <br><br> **STIPULATION AND JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND INITIAL DEADLINES** <br><br> Date: February 21, 2013 <br> Time: 10:00 a.m. <br> Judge: Maria-Elena James <br> Courtroom: B, 15th Floor <br><br> Trial Date: Not yet set |

    Plaintiff LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ and Defendant NOR-CAL MOVING SERVICES, making a special appearance for purposes of this stipulation, through their attorneys' of record, hereby stipulate as follows:

    WHEREAS, an initial Case Management Conference is currently scheduled for February 21, 2013 at 10:00 a.m.

1

2   WHEREAS, Defendant recently retained Jackson Lewis LLP as counsel in this matter,
3 who promptly contacted Plaintiff's counsel to address deficiencies in Plaintiff's attempted
4 service of the summons and complaint.
5   WHEREAS, Jackson Lewis LLP agreed to accept service of process by mail, including
6 notice and acknowledgement of receipt, pursuant to applicable statutory requirements.
7   WHEREAS, Plaintiff intends to initiate service of process by mail concurrent with the
8 filing of this stipulation and request for continuance.
9   WHEREAS, to allow the parties sufficient time to meaningfully meet and confer on all
10 topics required by Federal Rules of Civil Procedure Rule 26, the Civil Local Rules, the Court's
11 standing order, and to promote judicial economy, the parties believe it is appropriate to continue
12 the initial case management conference to a date following the statutory period for Defendant to
13 answer or otherwise respond to the complaint following valid service of process.
14   THEREFORE, IT IS HEREBY STIPULATED between the parties, through their
15 respective counsel of record, a joint request for continuance of the initial case management
16 conference to April 25, 2013, or such other date available to the Court, and if the case
17 management conference is continued, all other deadlines set forth in the Court's Order Setting

18

19

20

21

22

23

24

25

Initial Case Management Conference and ADR Deadlines will be continued accordingly.

**CASA LEGAL**

DATED: February 15, 2013       By: /s/ Tomas Margain
                                   Tomas E. Margain
                                   Attorneys for Plaintiffs

**JACKSON LEWIS LLP**

DATED: _____       By: _____
                             JoAnna L. Brooks
                             Douglas M. Bria
                             David T. Wang
                             Attorneys for Defendant
                             Nor-Cal Moving Services

**ORDER**

BASED ON THE PARTIES' STIPULATION, THE COURT'S FILE, AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 deadlines are continued as follows:

**April 11, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.
- Last Day to file ADR Certificate signed by Parties and Counsel.
- Last Day to either file a stipulation to ADR Process or Notice of Need for ADR Phone Conference.

- 3 -        Case No. cv 12 05552 MEJ

STIPULATION TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE

Initial Case Management Conference and ADR Deadlines will be continued accordingly.

**CASA LEGAL**

DATED: _____  By: _____
Tomas E. Margain
Attorneys for Plaintiffs

**JACKSON LEWIS LLP**

DATED: 2/14/13  By: _____
JoAnna L. Brooks
Douglas M. Bria
David T. Wang
Attorneys for Defendant
Nor-Cal Moving Services

**ORDER**

BASED ON THE PARTIES' STIPULATION, THE COURT'S FILE, AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The initial Case Management Conference and Rule 26 deadlines are continued as follows:

**April 11, 2013**

- Last Day to Meet and Confer Regarding Initial Discloses, ADR process election and discovery plan.

- Last Day to file ADR Certificate signed by Parties and Counsel.

- Last Day to either file a stipulation to ADR Process or Notice of Need for ADR Phone Conference.

**April 18, 2013**

- Last Day to File Rule 26(f) Report, complete initial disclosures and file Joint Case Management Statement.
- Last Day to File Magistrate Consent Form.

**April 25, 2013**

- Initial Case Management Conference in Courtroom B, 15th Floor, San Francisco Courthouse at 10:00 a.m.

IT IS SO ORDERED

DATED:   February 15, 2013

_____
Hon. MARIA-ELENA JAMES
Magistrate Judge of the United States District Court

4829-2946-8690, v.  2

- 4 -     Case No. cv 12 05552 MEJ