UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ,<br><br>              Plaintiffs,<br><br>     v.<br><br>NOR-CAL MOVING SERVICES,<br><br>              Defendant.<br>_____/ | No. C 12-5552 MEJ<br><br>**PRELIMINARY CASE MANAGEMENT ORDER**<br><br>**ORDER CONTINUING CMC** |

This matter is currently scheduled for a Case Management Conference on April 25, 2013. Upon review of the parties' joint statement, the Court ORDERS as follows:

1) Plaintiffs shall file either an amended complaint or opposition to Defendant's Motion to Dismiss by April 26, 2013;

2) The parties shall engage in limited pre-mediation informal discovery;

3) The Case Management Conference and all related deadlines are CONTINUED to May 23, 2013.

**IT IS SO ORDERED.**

Dated: April 19, 2013

_____
Maria-Elena James
United States Magistrate Judge