1  TOMAS E. MARGAIN, Bar No. 193555
   HUY TRAN, Bar No. 288196
2  84 W. SANTA CLARA ST., STE. 790
   SAN JOSE, CA 95113
3  TEL:   (408) 297-4729
   FAX:   (408) 297-4728
4  Tomas@LaCasaLegal.com
   Huy@LaCasaLegal.com
5

6  Attorneys for Plaintiffs
   LIBORIO HERNANDEZ and
7  ROGELIO RODRIGEZ-PEREZ

8  JOANNA L. BROOKS (State Bar No. 182986)
   DOUGLAS M. BRIA (State Bar No. 226966)
9  DAVID T. WANG (State Bar No. 275015)
   JACKSON LEWIS LLP
10 50 California Street, 9th Floor
   San Francisco, CA  94111
11 Telephone     415.394.9400
   Facsimile:    415.394.9401
12 Email:        brooksj@jacksonlewis.com
                 briad@jacksonlewis.com
13               david.wang@jacksonlewis.com

14 ATTORNEYS FOR DEFENDANT
   NOR-CAL MOVING SERVICES
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ,<br><br>        Plaintiffs,<br><br>        v.<br><br>NOR-CAL MOVING SERVICES,<br><br>        Defendant. | Case No. 12-CV-05552 MEJ<br><br>**JOINT STIPULATION AND** ~~PROPOSED~~ **ORDER GRANTING PLAINTIFFS' LEAVE TO FILE SECOND AMENDED COMPLAINT** |
|---|---|

Plaintiffs LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ and Defendant NOR-CAL MOVING SERVICES through their attorneys of record, hereby submit the following

**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**         1                    Case No. 12-cv-05552 MEJ

Joint Stipulation and Proposed Order Granting Plaintiffs' Leave to File Second Amended Complaint.

WHEREAS, Plaintiffs filed the original Complaint in this action on October 29, 2012;

WHEREAS, Plaintiffs filed a First Amended Complaint on April 19, 2013 after Defendant filed a Motion to Dismiss or Strike on April 12, 2013;

WHEREAS, Plaintiffs desire to file a Second Amended Complaint which removes all language under pendant State claims that the matter is being litigated as a representative action or that Plaintiffs will comply with California Civil Procedure Class Action requirements.

NOW, THEREFORE, it is stipulated that:

1. Plaintiffs may file the Second Amended Complaint, attached as Exhibit A and containing redlined amendments to the First Amended Complaint.
2. Defendant does not oppose the Amendment.
3. Defendant will file an answer or other responsive pleading within 21 days from the date of filing of the Second Amended Complaint.

FOR PLAINTIFFS

DATED: May 13, 2013    By:  /s/ Tomas Margain
                            Tomas E. Margain
                            Attorneys for Plaintiffs
                            LIBORIO HERNANDEZ and
                            ROGELIO RODRIGEZ-PEREZ

FOR DEFENDANT

DATED: May 13, 2013    By:  /s/ Douglas M. Bria
                            JoAnna L. Brooks
                            Douglas M. Bria
                            David T. Wang
                            Attorneys for Defendant
                            NOR-CAL MOVING SERVICES

**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**   2   Case No. 12-cv-05552 MEJ

1 **ORDER**

2     Based on the above stipulation and GOOD CAUSE shown Plaintiffs are hereby granted leave to file a Second Amended Complaint which removes stray language that the matter is being brought as a representative action.

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 13, 2013          By: _____
                                  HON. MARIA ELENA JAMES
                                  Magistrate Judge of the United States
                                  District Court

4832-4672-8211, v. 1

**STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**          3          Case No. 12-cv-05552 MEJ