TOMAS E. MARGAIN, Bar No. 193555
HUY TRAN, Bar No. 288196
84 W. SANTA CLARA ST., STE. 790
SAN JOSE, CA 95113
TEL: (408) 297-4729
FAX: (408) 297-4728
Tomas@LaCasaLegal.com
Huy@LaCasaLegal.com

Attorneys for Plaintiffs
LIBORIO HERNANDEZ and
ROGELIO RODRIGEZ-PEREZ

JOANNA L. BROOKS (State Bar No. 182986)
DOUGLAS M. BRIA (State Bar No. 226966)
DAVID T. WANG (State Bar No. 275015)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone 415.394.9400
Facsimile: 415.394.9401
Email: brooksj@jacksonlewis.com
briad@jacksonlewis.com
david.wang@jacksonlewis.com

ATTORNEYS FOR DEFENDANT
NOR-CAL MOVING SERVICES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ<br><br>Plaintiffs,<br><br>v.<br><br>NOR-CAL MOVING SERVICES,<br><br>Defendant. | Case No. 12-CV-05552 MEJ<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER GRANTING PLAINTIFFS' LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ and Defendant NOR-CAL MOVING SERVICES through their attorneys of record, hereby submit the following

Joint Stipulation and Proposed Order Granting Plaintiffs' Leave to File Second Amended Complaint.

WHEREAS, Plaintiffs filed the original Complaint in this action on October 29, 2012;

WHEREAS, Plaintiffs filed a First Amended Complaint on April 19, 2013 after Defendant filed a Motion to Dismiss or Strike on April 12, 2013;

WHEREAS, Plaintiffs desire to file a Second Amended Complaint which removes all language under pendant State claims that the matter is being litigated as a representative action or that Plaintiffs will comply with California Civil Procedure Class Action requirements.

NOW, THEREFORE, it is stipulated that:

1. Plaintiffs may file the Second Amended Complaint, attached as Exhibit A and containing redlined amendments to the First Amended Complaint.
2. Defendant does not oppose the Amendment.
3. Defendant will file an answer or other responsive pleading within 21 days from the date of filing of the Second Amended Complaint.

FOR PLAINTIFFS

DATED: May 13, 2013 By: /s/ Tomas Margain

Tomas E. Margain
Attorneys for Plaintiffs
LIBORIO HERNANDEZ and
ROGELIO RODRIGEZ-PEREZ

FOR DEFENDANT

DATED: May 13, 2013 By: /s/ Douglas M. Bria

JoAnna L. Brooks
Douglas M. Bria
David T. Wang
Attorneys for Defendant
NOR-CAL MOVING SERVICES

**ORDER**

Based on the above stipulation and GOOD CAUSE shown Plaintiffs are hereby granted leave to file a Second Amended Complaint which removes stray language that the matter is being brought as a representative action.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 13, 2013

By: ______________________________
HON. MARIA ELENA JAMES
Magistrate Judge of the United States District Court

4832-4672-8211, v. 1