UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>NOR-CAL MOVING SERVICES,<br><br>　　　　　　Defendant.　　　　　　　／ | No. C 12-5552 MEJ<br><br>**CASE MANAGEMENT ORDER**<br><br>**ORDER CONTINUING CMC** |

　　　This matter is currently scheduled for a Case Management Conference on May 23, 2013. Upon review of the parties' joint statement, the Court ORDERS as follows:

1) The parties shall engage in limited pre-mediation informal discovery;

2) The parties are referred to mediation; and

3) The Case Management Conference is CONTINUED to September 26, 2013 at 10:00 a.m. All related deadlines are continued accordingly.

**IT IS SO ORDERED.**

Dated: May 20, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge