AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Liborio Hernandez and Rogelio Rodriguez-Perez

                          Plaintiff (s),

                  V.

Nor-Cal Moving Services

                          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-12-05552 MEJ

Notice is hereby given that, subject to approval by the court, __Defendant Nor-Cal Moving Services__ substitutes
                                                                                 (Party (s) Name)

__JoAnna L. Brooks, Littler Mendelson, P.C.__, State Bar No. __182986__ as counsel of record in
          (Name of New Attorney)

place of __David T. Wang, SBN 275015, Jackson Lewis LLP.__
                           (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           Littler Mendelson, P.C.
    Address:              650 California Street, 20th Floor, San Francisco, CA 94108-2693
    Telephone:           415.439.6282 Direct        Facsimile 415.520.9371
    E-Mail (Optional):    JBrooks@littler.com

I consent to the above substitution.

Date: 6/25/2013

                                            Peter Mazzetti, on behalf of Nor-Cal Moving Services
                                                                       (Signature of Party (s))

I consent to being substituted.

Date: 7/8/2013

                                          David T. Wang, Jackson Lewis LLP
                                          Dylan Carp    (Signature of Former Attorney (s))
                                          Mark Askanas, Jackson Lewis LLP

I consent to the above substitution.
Date: 7/1/2013

                                                                         (Signature of New Attorney)
                                          JoAnna L. Brooks

The substitution of attorney is hereby approved and so ORDERED.

Date: July 10, 2013

                                                                              Judge
                                                   Maria-Elena James, Magistrate Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com