AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Liborio Hernandez and Rogelio Rodriguez-Perez

      Plaintiff (s),

V.

Nor-Cal Moving Services

      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-12-05552 MEJ

Notice is hereby given that, subject to approval by the court, __Defendant Nor-Cal Moving Services__ substitutes
                     (Party (s) Name)

__JoAnna L. Brooks, Littler Mendelson, P.C.__, State Bar No. __182986__ as counsel of record in
  (Name of New Attorney)

place of __David T. Wang, SBN 275015, Jackson Lewis LLP.__
           (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Littler Mendelson, P.C.
 Address:     650 California Street, 20th Floor, San Francisco, CA 94108-2693
 Telephone:    415.439.6282 Direct     Facsimile 415.520.9371
 E-Mail (Optional):  JBrooks@littler.com

I consent to the above substitution.
Date:   6/25/2013

Peter Mazzetti, on behalf of Nor-Cal Moving Services
(Signature of Party (s))

I consent to being substituted.
Date:   7/8/2013

David T. Wang, Jackson Lewis LLP
Dylan Carp
Mark Askanas, Jackson Lewis LLP
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   7/1/2013

(Signature of New Attorney)
JoAnna L. Brooks

The substitution of attorney is hereby approved and so ORDERED.

Date:   July 10, 2013

Judge
Maria-Elena James, Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com