AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Liborio Hernandez and Rogelio Rodriguez-Perez

                Plaintiff (s),

      V.

Nor-Cal Moving Services

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-12-05552 MEJ

Notice is hereby given that, subject to approval by the court, __Defendant Nor-Cal Moving Services__ substitutes
                                                                         (Party (s) Name)

__Douglas M. Bria, Littler Mendelson, P.C.__, State Bar No. __226966__ as counsel of record in
          (Name of New Attorney)

place of __David T. Wang, SBN 275015, Jackson Lewis LLP.__
                                 (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Littler Mendelson, P.C.
    Address:           650 California Street, 20th Floor, San Francisco, CA 94108-2693
    Telephone:        415.677.3192 Direct        Facsimile 415.651.8692
    E-Mail (Optional):   DBria@littler.com

I consent to the above substitution.
Date: 6/25/2013

Peter Mazzetti, on behalf of Nor-Cal Moving Services
(Signature of Party (s))

I consent to being substituted.
Date: 7/13/2013

David T. Wang, Jackson Lewis LLP
(Signature of Former Attorney (s))
Mark Askanas, Jackson Lewis LLP

I consent to the above substitution.
Date: 7/8/13

(Signature of New Attorney)
Douglas M. Bria

The substitution of attorney is hereby approved and so ORDERED.

Date: July 10, 2013

Judge
Maria-Elena James, Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com