| | |
|---|---|
| TOMAS E. MARGAIN (SBN 193555) | JOANNA L. BROOKS (SBN 182986) |
| HUY TRAN (SBN 288196) | DOUGLAS M. BRIA (SBN 226966) |
| 84 W. SANTA CLARA STREET, STE. 790 | LITTLER MENDELSON P.C. |
| SAN JOSE, CA 95113 | 650 California Street, 20th Floor |
| TEL (408) 317-1100 | San Francisco, CA 94108 |
| Tomas@lacasalegal.com | TEL (415) 433-1940 |
| LIBORIO HERNANDEZ and | dbria@littler.com |
| ROGELIO RODRIGUEZ-PEREZ | Attorneys for Defendant |
| | NOR-CAL MOVING SERVICES |

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>NOR-CAL MOVING SERVICES,<br><br>Defendant. | Case No.: CV12-05552 MEJ<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE ADR DEADLINES AND CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Maria-Elena James**<br>**Courtroom: B, 15th Floor**<br><br>**Trial Date: Not yet set** |

Plaintiff LIBORIO HERNANDEZ and ROGELIO RODRIGUEZ-PEREZ and Defendant NOR-CAL MOVING SERVICES, , through their attorneys' of record, hereby stipulate as follows:

WHEREAS, a Case Management Conference is currently scheduled for September 26, 2013 at 10:00 a.m.;

1  WHEREAS, based on the May 20, 2013 Order referring the matter to mediation has as a
2  presumptive 90 day deadline of August 18, 2013 to complete mediation;

3  WHEREAS, the Court assigned mediator Evelyn M. Hunt and the parties held their pre-
4  mediation conference;

5  WHEREAS, the parties are attempting to resolve the matter outside a formal mediation
6  with the help of Ms. Hunt as needed;

7  WHEREAS, the parties respectfully request that the deadline for mediation be extended
8  until September 20, 2013;

9  WHEREAS, the parties respectfully request that the Case Management Conference be
10  rescheduled to a date approximately 30 days after September 20, 2013, or such other date that
11  available on the Court's calendar; and

12  WHEREAS, the parties are optimistic this continuance will allow the parties to achieve
13  settlement without incurring additional costs of a formal mediation session but, if not, will be
14  hold a mediation prior to the Case Management Conference.

15  THEREFORE, IT IS HEREBY STIPULATED between the parties, through their
16  respective counsel of record, a joint request for continuance of the mediation deadline to
17  September 20, 2013 and continuance of the Case Management Conference to October 21, 2013,
18  or such other date that is convenient for the Court.

19
20  DATED: 8/13/13        By: /s/ Tomas Margain
                              Tomas E. Margain
21                            Attorneys for Plaintiffs

22  DATED: 8/11/13        By: _____
23                            JoAnna L. Brooks
                              Douglas M. Bria
24
25                            Attorneys for Defendant
                              Nor-Cal Moving Services

STIPULATION TO CONTINUE ADR & CMC

- 2 -       Case No. cv 12 05552 MEJ

## ORDER

BASED ON THE PARTIES' STIPULATION, THE COURT'S FILE, AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The deadline to complete mediation is hereby continued to September 20, 2013.

The Case Management Conference currently scheduled for September 26, 2013 is hereby continued to October 24, 2013.

IT IS SO ORDERED

DATED: August 30, 2013

Hon. MARIA ELENA JAMES
Magistrate Judge of the United States District Court